UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANIT VA CHA,

                    Petitioner,

        v.

MARKWAYNE MULLIN, ET AL,

                    Respondent.

Case No. 2:26-cv-01137-TLF

AMENDED SCHEDULING ORDER FOR EXPEDITING BRIEFING SCHEDULE

The Court finds that an amended briefing schedule is warranted, as the petitioner asserts claims that should be reviewed more expeditiously under 28 U.S.C. §§ 2241, 2243. *See* Dkt. 1, Petition. The Court, sua sponte, amends the Scheduling Order Directing Respondents to Show Cause Why Writ of Habeas Corpus Should Not be Granted (Dkt. 2):

1.  Respondents shall file a return to the habeas petition (Dkt. 1) no later than Monday, April 13, 2026;

2.  Any traverse by Petitioner shall be filed no later than Friday, April 17, 2026.

All other provisions of the prior Scheduling Order (Dkt. 2) are to remain in effect.

AMENDED SCHEDULING ORDER FOR EXPEDITING
BRIEFING SCHEDULE - 1

Dated this 7th day of April, 2026.


Theresa L. Fricke
United States Magistrate Judge

AMENDED SCHEDULING ORDER FOR EXPEDITING
BRIEFING SCHEDULE - 2