UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANIT VA CHA,

Petitioner,

v.

MARKWAYNE MULLIN et al.,

Respondents.

CASE NO. 2:26-cv-01137-TLF

ORDER

Petitioner Sanit Va Cha has moved for a temporary restraining order. Dkt. No. 10. Cha is an ethnic Hmong who was born in Laos but possesses no birth certificate or other evidence of Lao citizenship. He is currently detained at the Northwest ICE Processing Center in Tacoma, Washington. On April 10, 2026, the Government notified Cha that it intends to remove him to Laos within 72 hours, *id.*, before the assigned judge can rule on his pending habeas petition, *see* Dkt. No. 1.

Under these circumstances, the imminent removal threatens to moot Cha's pending habeas petition before the Court can act. The Court therefore invokes its authority to grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the

ORDER - 1

power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.").

Accordingly, the Court orders as follows:

1. Petitioner's motion for a temporary restraining order, Dkt. No. 10, is GRANTED IN PART for the purpose of maintaining the status quo so that the Court may review the merits of the TRO motion after full briefing. The Court reserves ruling on all other aspects of the motion.

2. Respondents are PROHIBITED from removing Petitioner to any country or from the Northwest ICE Processing Center to any other detention facility during the pendency of these proceedings, without further order, unless necessary for medical evaluation, medical treatment, or release.

3. Respondents may file a response, if any, to Petitioner's TRO motion by 5:00 p.m. (PT) on April 14, 2026. No reply is permitted.

Dated this 11th day of April, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2