UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANIT VA CHA,

                    Petitioner,

        v.

MARKWAYNE MULLIN, ET AL,

                    Respondent.

Case No. 2:26-cv-01137-TLF

ORDER

On April 10, 2026, petitioner filed a motion for a temporary restraining order because the government intended to remove him to Laos within 72 hours. Dkt. 10, Motion for Temporary Restraining Order; Dkt. 6, Notice of Intent to Remove. The Court granted the motion in part "for the purpose of maintaining the status quo," allowing for the Court to review the motion on the merits. Dkt. 11.The government's response deadline was 5:00 p.m. April 14, 2026, and it has filed a response. Dkt. 13. Petitioner was not permitted to file a reply. Dkt. 11.

The Court had previously ordered an amended expedited scheduling order in connection with petitioner's initial habeas corpus petition, filed April 3, 2026. Dkt. 1. Petition; Dkt. 5, Amended Scheduling Order. Under that order, petitioner has until Friday, April 17, 2026 to file a traverse, should he choose to do so. Dkt. 5. If petitioner is not going to file a traverse, petitioner is ordered to file a notice of declination on the docket on or before Wednesday, April 15, 2026 at 12:00 PM (PT).

ORDER - 1

The Court will consider the habeas petition and the motion for a temporary restraining order concurrently.

Dated this 14th day of April, 2026.

Theresa L. Fricke
United States Magistrate Judge

ORDER - 2