UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANIT VA CHA,

                Petitioner,

    v.

MARKWAYNE MULLIN, ET AL,

                Respondent.

Case No. 2:26-cv-01137-TLF

ORDER TO SHOW CAUSE

On April 10, 2026, petitioner filed a motion for a temporary restraining order ("TRO") because the government intended to remove him to Laos within 72 hours. Dkt. 10, Motion for Temporary Restraining Order; Dkt. 6, Notice of Intent to Remove. The Court granted the motion (in part) "for the purpose of maintaining the status quo," to allow the Court to fully consider the TRO motion and the habeas corpus petition. Dkt. 11. The government filed a response on April 14, 2026. Dkt. 13.

A Court may grant a TRO only if petitioner can "clearly show that immediate and irreparable injury, loss, or damage will result. . . ." Fed. R. Civ. Pro. 65(b). On April 14, 2026, plaintiff filed a Notice of the Immigration Judge's Order Granting Stay of Removal. Dkt. 15. Immigration Judge Michelle Slayton stayed the removal pending a decision on a Motion to Reopen or Motion to Consider. Dkt. 15, Ex. A, Order of the Immigration Judge. Based on Judge Slayton's order, it appears petitioner is no longer in immediate danger of being deporting back to Laos.

ORDER TO SHOW CAUSE - 1

It appears the Immigration Judge's order causes the TRO to be moot because any risk of imminent removal to Laos, which was the harm asserted by petitioner in the TRO motion, has dissipated. But the stay of removal would seem to require the Court to grant the pending habeas corpus petition.

Petitioner presents a Fifth Amendment Due Process challenge in his petition and requests immediate release while his motions in immigration court proceed. Dkt. 1.

The government has made no argument it has any basis to detain him besides "materially changed circumstances, including the procurement of a travel document" due to his allegedly "imminent removal." Dkt. 7 at 2, 6, 8-9; Dkt. 13 at 11. The Notice of Revocation of Release (dated 2-16-2026) gave a single reason for revoking petitioner's OSUP (issued 11-5-2002): a travel document had been obtained and removal to Laos would take place no later than April 30, 2026. Dkt. 9, Declaration of Alixandria K. Morris, Dkt. 9-2. When the Immigration Court stayed the order of removal on April 14, 2026, the travel documents would not be executed, and petitioner's removal ceased to be imminent. Dkt. 15-1 at 4.

Accordingly, the Government is ordered to show cause, on or before 5:00 pm on April 16, 2026, as to why the Court should not immediately release petitioner, and grant habeas corpus relief because the Government's single stated reason for detaining him is no longer justifiable.

…

Dated this 15th day of April, 2026.

ORDER TO SHOW CAUSE - 2

Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE - 3