UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANIT VA CHA,

              Petitioner,

   v.

MARKWAYNE MULLIN, ET AL,

              Respondent.

Case No. 2:26-cv-01137-TLF

ORDER DISMISSING HABEAS PETITION AND TEMPORARY RESTRAINING ORDER

On May 21, 2026, petitioner filed an unopposed motion to voluntarily dismiss his petition for writ of habeas corpus pursuant to FRCP 41(a)(1)(A)(i). Dkt. 30. Petitioner was released from custody on May 20, 2026, after the reopening of his removal proceedings. *Id*. at Ex. 2.

Accordingly, the petition for writ of habeas corpus (Dkt. 22) and motion for temporary restraining order (Dkt. 10) are DISMISSED as MOOT.

Dated this 29th day of May, 2026.

Theresa L. Fricke
United States Magistrate Judge

ORDER DISMISSING HABEAS PETITION AND
TEMPORARY RESTRAINING ORDER - 1